UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JASMINE ADIA HEARD | : | CASE NUMBER A18-56337-WLH |
| DEBTOR | : | |

**TRUSTEE'S SUPPLEMENTAL REPORT**
**FOLLOWING CONFIRMATION HEARING**

**Nancy J. Whaley, Standing Chapter 13 Trustee to report back in ten (10) days following the Confirmation Hearing held on July 18, 2018:**

As to whether Debtor's plan payments are current

As to whether Debtor provided 2017 tax return

**The Attorney for the Trustee has reviewed the case as instructed and:**

Recommends dismissal because:

The Debtor has failed to provide 2017 tax return

*Please enter an Order of Dismissal*

This the 9th day of August, 2018.

```
        ___/s/_____
        Ryan J. Williams,
        Attorney for Chapter 13 Trustee
        GA Bar Number 940874
        303 Peachtree Center Ave., NE
        Suite 120
        Atlanta, GA  30303
/jlr    (678) 992-1201
```

# CERTIFICATE OF SERVICE

Case No:  A18-56337-WLH

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Supplemental Report Following Confirmation Hearing by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
JASMINE ADIA HEARD
614 ROBINSON AVE SE
ATLANTA, GA  30312

**By Consent of the parties,** the following have received an electronic copy of the foregoing Chapter 13 Trustee's Supplemental Report Following Confirmation Hearing through the Court's Electronic Case Filing system.

**Attorney for the Debtor(s):**
SLIPAKOFF & SLOMKA, PC
se@myatllaw.com

This the 9th day of August, 2018.

 /s/_____
   Ryan J. Williams
   Attorney for the Chapter 13 Trustee
   State Bar No. 940874
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201